# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff,         :        Case No. 3:07-cr-142
                                      Also Case No. 3:11-cv-023

                                        District Judge Thomas M. Rose
    -vs-                            Magistrate Judge Michael R. Merz
                          :

WILLIAM J. PIKE, JR.,

        Defendant.

---

# ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 62), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on June 28, 2012, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that Defendant's Motion to Correct Sentence (Doc. No. 61) be, and it hereby is, dismissed for lack of jurisdiction without prejudice to its renewal if certified by the Sixth Circuit Court of Appeals as an appropriate second or successive § 2255 motion.

July 10, 2012                         ***s/THOMAS M. ROSE***

                                      _____
                                          Judge Thomas M. Rose
                                          United States District Court